**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| FKAT PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:26-cv-101-PPS-JEM |
| | ) | |
| TOWN OF WINFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Comes now Defendant, Town of Winfield, by Counsel, Austgen Kuiper Jasaitis P.C., by Attorneys David M. Austgen and Ryan A. Deutmeyer, and for its Unopposed First Motion for Extension of Time to Respond to Complaint, states as follows:

1. That on March 11, 2026, the Plaintiff, FKAT Properties LLC ("FKAT") filed its Complaint in this matter.

2. That on or about March 16, Defendant, Town of Winfield, was served with a copy of the Complaint.

3. That presently, the Defendant's Answer or Responsive Pleading is due on April 6, 2026.

4. That the Defendant requests a fifteen (15) day extension of time to file its Answer or Responsive Pleading, which if granted, would make the new deadline for the Defendant to file its Answer or Responsive Pleading April 21, 2026.

5. That Counsel for the Defendant has discussed the filing of this Motion with Counsel for the Plaintiff who indicated he has no objection to the extension of time sought herein.

1

WHEREFORE, Defendant, Town of Winfield, by Counsel, Austgen Kuiper Jasaitis P.C. by Attorneys David M. Austgen and Ryan A. Deutmeyer, respectfully requests this Honorable Court grant its Unopposed First Motion for Extension of Time to Respond to Complaint, that the Defendant's deadline to file its Answer or Responsive Pleading be extended until April 21, 2026, and for all other relief deemed just and proper in the premises.

Respectfully submitted,

AUSTGEN KUIPER JASAITIS P.C.

By: /s/ Ryan A. Deutmeyer
David M. Austgen #3895-45
Ryan A. Deutmeyer #31945-64
130 N Main Street
Crown Point, IN 46307
Tel. (219) 663-5600
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned here certifies that a copy of the foregoing was served upon the following counsel of record, via email and this 6th day of April, 2026:

David A. Buls (dbuls@kdlegal.com)

AUSTGEN KUIPER JASAITIS P.C.
By: /s/ Ryan A. Deutmeyer